> Plaintiff's letter-motion requesting to adjourn the April 14, 2021 Settlement Conference (ECF No. 23) is GRANTED, and the Settlement Conference is adjourned to **Wednesday, May 26, 2021 at 2:00 pm** on the Court's conference line.  The parties' submissions are due by **Thursday, May 20, 2021**, and the terms of the Amended Settlement Conference Scheduling Order & Standing Order Applicable to Settlement Conferences (ECF No. 17) are incorporated by reference.  The parties are directed to call the Court's conference line at 866-390-1828; access code: 380-9799, at the scheduled time.
>
> The Clerk of Court is respectfully directed to close ECF No. 23.
>
> SO-ORDERED 4/7/2021

*[Signature: Sarah L. Cave]*
SARAH L. CAVE
United States Magistrate Judge

April 7, 2021

Magistrate Judge Sarah L. Cave
United States District Court
500 Pearl Street, Rm. 1670
New York, NY 10007

        Re:    Cheryl Johnson v. MTA Metro North Railroad
               Docket No.: 20-cv-3371 (VSB) (SLC)

Dear Judge Cave,

We represent the plaintiff in the above captioned matter and write to request that the settlement conference scheduled for April 14, 2021 at 2 PM be adjourned. We make this request because Ms. Johnson has informed us that she is suffering from COVID-19 at the present time and will be unavailable on the 14th. She is aware that this is a telephone conference which she was prepared to attend with me from my office. Unfortunately, she is unable to do this at this time and because of her symptoms to be able to rationally consider the settlement issues. Accordingly, we suggest a 30 day extension of time. In the interim the parties will continue to discuss settlement of this matter. Unfortunately, this process has been stalled because of Ms. Johnson's difficulty in concentrating at this time. Accordingly, we respectfully request that the conference scheduled for April 14 be adjourned.

Defendant's counsel has agreed to an adjournment.

This is the second request for an adjournment.

Thank you for your consideration of this request.

Respectfully submitted,

STEVEN L. BARKAN P.C.

_____

Steven L. Barkan